IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:16-CR-17-WKW |
| | ) | |
| SANTIAGO LOPEZ-LOPEZ | ) | |

## **ORDER**

On July 14, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 38.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED:

(1) The Recommendation (Doc. # 38) is ADOPTED;

(2) Defendant's Motion to Dismiss (Doc. # 27) is DENIED; and

(3) Defendant's Motion to Withdraw Plea (Doc. # 28) is DENIED.

DONE this 4th day of August, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE